BMS

ABRAMSON & DENENBERG, P.C.
BY: ALAN E. DENENBERG
IDENTIFICATION NUMBER: 54161
1315 WALNUT STREET, 12TH FLOOR
PHILADELPHIA, PA 19107
215-546-1345

ATTORNEY FOR PLAINTIFF

FILED
SEP - 8 2010
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

VICTOR VAZQUEZ

v.

CITY OF PHILADELPHIA ET AL.

: CIVIL ACTION
: NO. 09-6122

## STIPULATION TO AMEND

It is hereby Stipulated by and between counsel, Alan E. Denenberg, Esquire on behalf of Victor Vasquez, and Armando Brigandi, Esquire, for all City of Philadelphia defendants, the caption and body of the Complaint be amended to correctly identify Police Officer Thomas Bartol, Police Officer Thomas Ohm, Police Officer John Herring, Police Officer Cynthia Padua and Police Officer Norman Camacho, Police Officer Patrick Downey, Police Officer Rodriguez and Sgt. James Morace. Any reference to John Doe defendants in the Complaint shall hereinafter refer to the above named defendants.

ABRAMSON & DENENBERG, P.C.

_____
ALAN E. DENENBERG, ESQUIRE
Attorney for Plaintiff

Dated: 6-18-2010

CITY OF PHILADELPHIA

_____
ARMANDO BRIGANDI, ESQUIRE
Attorney for Defendants

Dated: 8/27/2010

BY THE COURT:

_____
9-7-10                 J.

RECEIVED
SEP - 2 2010
By _____